

**ORDERED in the Southern District of Florida on October 18, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-14113-MAM |
| Lauri L. Cornell, | Chapter 11 |
|     Debtor. | |
| _____/ | |
| Lauri L. Cornell | Adv. Proc. No.: 22-01170-MAM |
|     Plaintiff, | |
| v. | |
| Severstal Wheeling, Inc. Retirement Committee, Timothy Rogers, Richard Caruso, and William Landon, | |
|     Defendants. | |

**ORDER DIRECTING ATTORNEY BART HOUSTON TO
SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED
OR SUSPENDED FROM PRACTICE BEFORE THIS COURT
AND SETTING HEARING**

**THIS MATTER** came before the Court sua sponte. On June 12, 2024, the Court conducted a status conference for the above-styled adversary proceeding and directed Attorney Bart Houston to submit an order setting the pretrial conference for October 17, 2024. Attorney Houston failed to submit an order and did not appear before the Court on October 17.

Accordingly, the Court ORDERS that:

1. Attorney Houston is directed to appear in person and show cause (the "Show Cause Hearing") as to why he should not be sanctioned for failing to prosecute the adversary proceeding.

2. The Show Cause Hearing is set for October 22, 2024, at 1:30 p.m. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, Florida 33401. Attorney Houston must appear in person.

3. All other participants may attend the hearing remotely using Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To attend the hearing remotely via Zoom, participants must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Copies furnished to:

Bart Houston, Esq.

*Attorney Houston is directed to serve a copy of this Order upon all interested parties and file a certificate of service conforming with all applicable rules.*